USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :  **22 CR 501 (VM)**
          -against-                      :
                                         :  **ORDER**
WALTER MELNICK,                          :
                                         :
               Defendant.                :
------------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   The sentencing of Defendant Walter Melnick will be scheduled for January 20, 2023, at 10:00 a.m.

**SO ORDERED.**

Dated:   New York, New York
         September 21, 2022

_____
**VICTOR MARRERO**
**U.S.D.J.**