```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :

      - v. -                   :    **ORDER**

WALTER MELNICK,                 :    22 Cr. 501 (VM)

           Defendant.     :

- - - - - - - - - - - - - - - - x

      WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 20, 2022;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
          September 21, 2022

                                      _____
                                      THE HONORABLE VICTOR MARRERO
                                      UNITED STATES DISTRICT JUDGE