```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

WALTER MELNICK,

                Defendant.

22 Crim. 501 **(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon request of the Defendant and consent of the Government, the sentencing hearing for defendant Walter Melnick, currently scheduled for January 20, 2023, is hereby adjourned until February 24, 2023, at 10:00 a.m.

**SO ORDERED.**

Dated:    10 November 2022
             New York, New York

                                      _____
                                      Victor Marrero
                                      U.S.D.J.