```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/04/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :    **22 CR 501 (VM)**
        -against-                    :
                                     :    **ORDER**
WALTER MELNICK,                      :
                                     :
            Defendant.               :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   The Court directs the Cashier for the Southern District of New York to accept the full restitution payment of defendant, Walter Melnick, prior to sentencing. The payment shall be deposited and held in the Court's registry account until a Final Order of Restitution is entered by the Court, at which point the funds shall be transferred as provided by the Final Order of Restitution.

**SO ORDERED.**

Dated:   New York, New York
         4 January 2023

                                        _____
                                           **VICTOR MARRERO**
                                              **U.S.D.J.**