```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/22/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

WALTER MELNICK,

                Defendant.

22 Crim. 501 **(VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Upon request of the Defendant and consent of the Government, the sentencing of defendant Walter Melnick, currently scheduled for Feb. 24, 2023, is hereby adjourned until March 17, 2023, at 3:00 p.m.

**SO ORDERED.**

Dated:    22 February 2023
            New York, New York

                                    _____
                                       Victor Marrero
                                         U.S.D.J.