```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

WALTER MELNICK,

                Defendant.

**22 Cr. 501 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The sentencing of defendant Walter Melnick is hereby rescheduled from 3:00 p.m. to 2:30 p.m. on March 17, 2023.

**SO ORDERED.**

Dated:    16 March 2023
           New York, New York

_____
                        Victor Marrero
                          U.S.D.J.