```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

   - against -

WALTER MELNICK,

                Defendant.

22 Cr. 501 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant Walter Melnick ("Melnick") was sentenced to three-years' probation, the first year of which is to be served as home incarceration. At sentencing, the Court imposed certain exceptions to home incarceration, permitting Melnick to leave his home to seek health care, employment, and community service as approved by the probation department. The Court had also denied Melnick's request to travel to Florida to maintain a home he owns in that state, except upon request and approval by the probation department.

    Melnick now seeks several modifications to the terms of his home incarceration. (See Dkt. No. 31.) Having reviewed Melnick's submissions (see Dkt. Nos. 31, 33) and the Government's opposition (see Dkt. No. 32) the Court modifies Melnick's conditions of home incarceration only as follows: Melnick is subject to one year of home incarceration except for health care, employment, community service, **and religious**

1

2

**services,** subject to review and approval by the Probation Department. All other of Melnick's requests are **DENIED.**

**SO ORDERED.**

Dated:   18 April 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.