**MASSENA LAW P.C.**
305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ◆ (F) 212-766-1701
Email: AVM@Massenalaw.com

* Admitted in Federal and
  New York State Courts

April 22, 2023

**VIA ECF**
Honorable Victor Marrero
Senior United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: _4/23/24_

Re: *United States v. Walter Melnick*
     **22 CR 501(VM)**

Dear Judge Marrero,

This letter is submitted on behalf of Walter Melnick. Mr. Melnick has successfully completed his term of home incarceration and his electronic monitoring device has been removed. Mr. Melnick's privilege to travel is currently restricted to the Southern and Eastern Districts of New York. Mr. Melnick respectfully requests that his privilege to travel be expanded to include all federal districts contained in the states of New York, Florida and Louisiana. Mr. Melnick maintains property in the states of Florida and New York. Mr. Melnick's eldest son lives in Baton Rouge Louisiana, and he has not been able to visit him since the inception of this case. If granted Mr. Melnick will provide Probation with his itinerary in advance of travelling from the Eastern or Southern Districts of New York.

In addition, Mr. Melnick's Passport is currently in the custody of Pre-trial services. Mr. Melnick respectfully requests that his Passport be released into his custody.

I have conferred with U.S. Probation Officer Lisa Famularo, and she consents to Mr. Melnick's request to travel and the release of his Passport.

Thank you to the Court for its consideration of this request.

Sincerely.

*Alain V. Massena*
Alain V. Massena



SO ORDERED.

4/23/2024

DATE                    VICTOR MARRERO, U.S.D.J.